UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EAGLE SYSTEMS, INC., on behalf of itself and all others similarly situated,

       Plaintiff,

  v.

ROBERT ASARO-ANGELO, in his official capacity as THE COMMISSIONER OF LABOR AND WORKFORCE DEVELOPMENT OF THE STATE OF NEW JERSEY,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 3:18-cv-11445 (MAS)(DEA)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and without costs or fees to any party.  IT IS FURTHER STIPULATED that facsimile or electronic signatures on this Stipulation shall have the same force and effect of originals.

| | |
|---|---|
| FORD HARRISON LLP<br>300 Connell Drive, Suite 4100<br>Berkeley Heights, NJ 07922<br>Tel: (973) 646-7300 | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF NEW JERSEY<br>25 Market Street<br>Trenton, NJ 08625 |
| By: _/s/ David S. Kim_____<br>    Salvador P. Simao, Esq.<br>    David S. Kim, Esq. | By: ____/s/ Rimma Razhba_____<br>    Rimma Razhba, Esq.<br>    Deputy Attorney General |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| Dated: 3/24/20 | Dated: _____3-24-20_____ |

    **So Ordered this 25th day of March, 2020.**

_____
**HONORABLE MICHAEL A. SHIPP, U.S.D.J.**